In the Matter of the Estate of HETTIE WRIGHT GRAHAM, Deceased. RONALD DOUGLAS GRAHAM, Appellant; OTTO J. KORB, as Executor, etc., and Others, Respondents.— Decree affirmed, with separate costs to each respondent appearing and filing brief, payable out of estate. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

FREDERICK Y. ROBERTSON, Appellant, v. BEER, SONDHEIMER & COMPANY, INC., a Domestic Corporation, and Others, Impleaded with NATHAN SONDHEIMER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

MAX J. KLEIN, Appellant, v. RACHEL LEDERER and Others, Impleaded with PHILIP S. HENRY and Others, Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

McLOUGHLIN & DONOVAN, Appellant, v. THOMAS A. McLOUGHLIN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

MARGARET DONOHUE, as Administratrix, etc., Appellant, v. THOMPSON-STARRETT COMPANY, Defendant. In the Matter of the Application of S. EARL LEVENE and SAMUEL I. HARTMAN, Comprising the Firm of HARTMAN & LEVENE, Attorneys, Respondents, to Have Their Lien Determined and Enforced.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; and amount of respondents' lien fixed at the sum of fifty dollars. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

CHARLES BROCK, Suing for Himself as a Stockholder of the ANTHONY AND SCOVILLE COMPANY, and on Behalf of Said Company, and All Other Stockholders, etc., Appellant, v. RUEL W. POOR and Others, Respondents. CHARLES BROCK, Appellant, v. RUEL W. POOR and Another, Individually and as Trustees, etc., and Others, Respondents.— Orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

WILHELMINA MEYER, Otherwise Known as WILHELMINA MAYO, Appellant, v. VIRGINIUS ST. JULIAN MAYO, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

FRANK HEMINGWAY, INC., Respondent, v. MARDEN, ORTH & HASTINGS COMPANY, INC., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

LOUIS GUENTHER, Respondent, v. THE RIDGWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.